# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCEL BODDIE,** *Plaintiff* | : : : | **CIVIL ACTION** |
| | : | **NO. 24-1393** |
| **v.** | : : | |
| **HENNY'S SPORTS BAR,** *et al.*, *Defendants* | : : : | |

# ORDER

**AND NOW**, this 1st day of August 2024, upon consideration of the *motion to dismiss for failure to state a claim* filed by Defendants City of Philadelphia, Erica Atwood, and Shondell Revell's, (collectively, "City Defendants"), (EFC 20), and the response in opposition filed by Plaintiff, (ECF 21), it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

1. The motion to dismiss claims of state-created danger asserted against City Defendants at Count I is **GRANTED** and, therefore, such claims are **DISMISSED** against City Defendants.

2. The motion to dismiss Count II, as it pertains to Defendants Erica Atwood and Shondell Revell, in their official capacities, is **GRANTED** and, therefore, all claims asserted against Defendants Erica Atwood and Shondell Revell in their official capacities, are **DISMISSED**.

3. The motion to dismiss the *Monell* claim at Count II as it pertains to Defendant City of Philadelphia is **DENIED**.

4. The motion to dismiss Count IV is **GRANTED** and, therefore, all claims of negligence asserted against City Defendants are **DISMISSED**.

**BY THE COURT:**
/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*