# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARCEL BODDIE,** *Plaintiff* | : : : | **CIVIL ACTION** **NO. 24-1393** |
| **v.** | : : | |
| **HENNY'S SPORTS BAR,** *et al.*, *Defendants* | : : : | |

# ORDER

**AND NOW**, this 8th day of January 2025, upon consideration of the *motion to dismiss* filed by Defendants Urban Affairs Coalition, Philadelphia Anti-Drug Anti-Violence Network, and George Mosee, Jr. (collectively, the "PAAN Defendants"), (EFC 22), the response in opposition filed by Plaintiff, (ECF 23), and the factual allegations in the amended complaint, (ECF 17), it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

1. the motion to dismiss is **GRANTED** with respect to the civil rights claims asserted against the PAAN Defendants at Counts I and II of the amended complaint. Accordingly, these claims are **DISMISSED** against the PAAN Defendants; and,

2. the motion to dismiss is **GRANTED** with respect to the negligence claim asserted against Defendant George Mosee, Jr., at Count IV of the amended complaint. Accordingly, the negligence claim asserted against Defendant Mosee *only* is **DISMISSED**.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*